Case 4:20-cr-00125   Document 80   Filed on 05/30/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Cause No. 4:20-CR-00125 |
| SUMMER HEATHER WORDEN | § | |

### ORDER GRANTING DEFENDANT'S MOTION TO ALLOW OUT-OF-STATE TRAVEL, AND ORDER TO SEAL

On this day, the Court considered Defendant's "Motion to Allow Out-of-State Travel, and Motion to Seal" and **IT IS HEREBY ORDERED:**

1. Defendant is granted permission to travel outside the state of Kansas, to Stillwater Oklahoma, on the dates of June 2, 2023 through June 4, 2023.

2. It is ORDERED that this order, and its sponsoring motion, are to be filed under seal, and remain so, until further order of the Court.

Signed: May 30, 2023

_____
**ALFRED H. BENNETT,**
United States District Judge