# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Cause No. 4:20-CR-00125 |
| SUMMER HEATHER WORDEN | § | |

## MOTION TO WITHDRAW AS ATTORNEY

**TO THE HONORABLE ALFRED H. BENNETT, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:**

**NOW COMES MAC BOZZA**, Movant, who files this Motion to Withdraw as Counsel and in support thereof shows:

1. Movant is attorney of record for SUMMER WORDEN, Defendant.

2. Defendant has elected to proceed with attorney Dan Cogdell as lead defense counsel.

3. Defendant has retained Mr. Cogdell, and Mr. Cogdell has filed an appearance as lead counsel.

4. This Motion to Withdraw is not sought for delay. Rather this Motion to Withdraw is filed that Defendant's right to counsel of her choice be honored, and that the interests of justice be served.

**WHEREFORE, PREMISES CONSIDERED**, Defendant requests that this Court grant this Motion to Withdraw as Attorney.

Respectfully submitted

Mac Bozza
711 Navarro,
Suite 708
San Antonio, Texas 78205
(210) 449-4994
mac@sareenbozza.com

By: <u>/s/ Mac Bozza</u>
SBN: 24079784

CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of May, 2024, a copy of the foregoing "Motion to Withdraw as Attorney" has been delivered to opposing counsel in charge of this case, *via* ECF electronic filing.

/s/ Mac Bozza
Mac Bozza

# CERTIFICATE OF CONFERENCE

This is to certify that the undersigned counsel conferred with the Assistant United States Attorney regarding this motion and:

__X__   He does not oppose it.

_____   He does oppose it.

_____   Our attempts to resolve it were unsuccessful.

_____   Counsel were able to agree regarding the motion as follows:

_____

_____

_____   Counsel's attempt to contact the Government was unsuccessful.


*/s/ Mac Bozza*
Mac Bozza

# CERTIFICATE OF CONSULTATION

This is to certify that the undersigned counsel conferred with the lead defense counsel for Defendant regarding this motion and:

  __X__   He does not oppose it.

  _____   He does oppose it.

  _____   Our attempts to resolve it were unsuccessful.

  _____   Counsel were able to agree regarding the motion as follows:

_____

_____

  _____   Counsel's attempt to contact Counsel was unsuccessful.

 

*/s/ Mac Bozza*
Mac Bozza

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS. | § | Cause No. 4:20-CR-00125 |
| SUMMER HEATHER WORDEN | § | |

**ORDER GRANTING MOVANT'S MOTION TO WITHDRAW AS ATTORNEY**

On this day, the Court considered Movant's "Motion to Withdraw as Attorney" and

**IT IS HEREBY ORDERED:**

1. The Court finds that there is good cause for withdrawal of Movant as counsel.

It is ORDERED that Movant Mac Bozza shall be allowed to withdraw as counsel and is hereby relieved of any further duty to this Defendant before this Court.

IT IS SO ORDERED. The District Court is directed to enter this order and provide copies to counsel on this the _____ day of May, 2024.

_____
**ALFRED H. BENNETT,**
United States District Judge