United States District Court
Southern District of Texas
**ENTERED**
May 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:20-CR-00125 |
| § | |
| SUMMER HEATHER WORDEN § | |

**AMENDED SCHEDULING ORDER**

The following deadlines and settings shall govern the disposition of this case:

Proposed Voir Dire:    OCTOBER 28, 2024

Pre-trial conference:   OCTOBER 31, 2024, AT 2:30 P.M.

Trial:                  NOVEMBER 4, 2024, AT 9:00 A.M.

Signed on May 29, 2024.

_____
Alfred H. Bennett
United States District Judge