# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **VS.** | § § § § § | CASE NO. 4:20-CR-00125 |
| **SUMMER HEATHER WORDEN** | § | |

## ORDER

The Court grants the motion to continue trial and scheduling order of defendant Summer Heather Worden. The Court sets the following schedule:

1. Motions will be filed on or before _____.

2. Responses will be filed on or before _____.

3. Proposed jury questions and jury instructions will be filed on or before _____.

4. A pretrial conference is set for _____ at _____.

5. Jury selection and trial is set for _____ at _____.

SIGNED THIS ____ day of _____, 2024.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE