**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
February 10, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CASE NO. H-20-125 |
| | § | |
| vs. | § | |
| | § | JUDGE ALFRED H. BENNETT |
| SUMMER H. WORDEN, | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL**

The Court having considered the unopposed motion to continue the trial date in this case, filed by the United States,   the motion is hereby GRANTED.

The following deadlines and settings are continued as follows:

| | |
|---|---|
| Proposed Voir Dire: | **April 28, 2025** |
| Pre-trial set: | **May 2, 2025 at 2:30 PM** |
| Jury trial set: | **May 5, 2025 at 9:00 AM** |

_____
ALFRED H. BENNETT
United States District Court Judge