# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | No. 4:20-cr-125 |
| **SUMMER HEATHER WORDEN** | § § § | |

## UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS

The defendant, Summer Worden, through counsel, moves this Court to amend the conditions of her release on bond pending appeal to permit her to travel to and from Phoenix, Arizona, to visit family for the holidays (from November 25, 2025, through December 1, 2025).

Ms. Worden has been fully compliant with her bond conditions. Her pretrial services officer, Jason Jordan, does not oppose this motion.

A proposed order is attached.

Respectfully submitted,

*/s/ Dan L. Cogdell*
Dan L. Cogdell
Texas Bar # 04501500
Cogdell Law Firm
1000 Main St., Suite 2300
Houston, TX 77002
Telephone: 713 426 2244
Email: dan@cogdell-law.com

## CERTIFICATE OF CONFERENCE

I certify that on November 18, 2025, I conferred with counsel for the government, AUSA Richard Hanes, who stated that the government does not oppose this motion.

> */s/ Dan L. Cogdell*
> Dan L. Cogdell

## CERTIFICATE OF SERVICE

I certify that, on November 19, 2025, I served all counsel of record with a copy of the foregoing by filing it via CM/ECM, which sent a copy to all counsel of record.

> */s/ Dan L. Cogdell*
> Dan L. Cogdell