UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO. H-20-125** |
| | § | |
| vs. | § | |
| | § | **JUDGE ALFRED H. BENNETT** |
| **SUMMER HEATHER WORDEN,** | § | |
| Defendant. | § | |

## GOVERNMENT'S MOTION TO DISMISS COUNTS

The United States of America, by and through Nicholas Ganjei, United States Attorney, and Richard D. Hanes and Brandon Fyffe, Assistant United States Attorneys for the Southern District of Texas, move to dismiss the original Indictment and Counts One, Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven of the Superseding Indictment in this case with prejudice.

Respectfully submitted,

NICHOLAS GANJEI
United States Attorney

*Richard D. Hanes*

RICHARD D. HANES
Assistant United States Attorney
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9375

1

2

**CERTIFICATE OF SERVICE**

    This is to certify that on the date of filing, a copy of the foregoing was served on the Defendant's counsel by the electronic delivery through email.

                                                              *Richard D. Hanes*
                                                       RICHARD D. HANES
                                                       Assistant United States Attorney